UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                  Plaintiff,

     v.                                      Case No.     12-CR-190
                                                                     16-C-768

KAMEL M. KHATIB,

                  Defendant.

## ORDER DENYING MOTIONS TO RECUSE

Defendant Kamel Khatib has filed motions for recusal. He contends that the undersigned judge must recuse himself from further consideration of his case because the judge is biased against him. Khatib has filed the same motion in both his underlying criminal case, in which he has a pending motion for travel while on supervised release, as well as a separate action under 28 U.S.C. § 2255, wherein he seeks to challenge his underlying conviction.

The motions are denied. The Court believes it has been fair in presiding over this case and has no ill feelings toward Mr. Khatib. Further, the underlying civil action is on appeal and the Court has no further role until and unless the Court of Appeals vacates the Court's earlier judgment of dismissal. In any event, both motions for recusal, 12-CR-190 ECF No. [250] and 16-C-768 ECF No. [12] are denied.

Dated this    12th    day of July, 2016.

                                        s/ William C. Griesbach
                                        William C. Griesbach, Chief Judge
                                        United States District Court